IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | CASE NO. BK11-40351 |
| ) | (Chapter 11) |
| MICHAEL D. RAASCH and ) | |
| DIANE K. RAASCH, ) | MOTION FOR RELIEF FROM |
| ) | THE AUTOMATIC STAY |
| Debtors. ) | |

COMES NOW the Exchange Bank ("Bank"), moves the Court for an order modifying the automatic stay with respect to the stock described herein. In support hereof, it is shown to the Court as follows:

1. The Bank is a creditor and party in interest.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C § 1334 and the Order of Reference by the United States District Court for the District of Nebraska.

3. This matter is a core proceeding as defined by 28 U.S.C. § 157(b)(2).

4. On February 15, 2011, the debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5. On or about July 13, 2007, M I Investments, L.L.C. ("Investments") executed and delivered to the Bank a promissory note in the original principal amount of $2,400,000, a true and correct copy of which is attached hereto as Exhibit 1 (the "Note").

6. Debtor Michael D. Raasch guaranteed the payment of the indebtedness owing to the Bank under the Note pursuant to a commercial

guaranty dated July 13, 2007, a true and correct copy of which is attached hereto as Exhibit 2.

7.   Debtor Diane K. Raasch guaranteed the payment of the indebtedness owing to the Bank under the Note pursuant to a commercial guaranty dated July 13, 2007, a true and correct copy of which is attached hereto as Exhibit 3.

8.   As of February 23, 2011 the unpaid principal balance owing on the Note is $2,400,000 together with accrued interest of $1,060,772.60, and interest continues at the default rate of 18% or $1,183.5616 per day.

9.   On or about October 14, 2009 the Debtors granted to the Bank a security interest in all of the Debtors' right, title and interest in all capital stock of MRI of Arizona, Inc. including all stock then owned or acquired thereafter pursuant to a duly executed Security and Control Agreement dated October 14, 2009, a true and correct copy of which is attached hereto as Exhibit 4.  The Bank perfected the security interests so granted by "control" as further set forth in Exhibit 4.

10.   The Debtors own 75% of the outstanding capital stock of MRI of Arizona, Inc. (the "Stock").

11.   The Debtors do not have an equity in the Stock and the Stock is not necessary to an effective reorganization of the Debtors.

12.   Cause exists for termination of the automatic stay as prior to the filing of this case, the Debtors were diverting Stock dividends to their personal use in violation of the Security and Control Agreement.

WHEREFORE, Exchange Bank respectfully requests that the Court terminate the automatic stay to permit the Bank to take all actions necessary or appropriate to foreclose its security interest in the Stock.

EXCHANGE BANK

By: CLINE, WILLIAMS, WRIGHT,
JOHNSON & OLDFATHER, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, Nebraska 68508-2095
(402) 474-6900

By: /s/ Richard P. Garden, Jr.
Richard P. Garden, Jr. #17685

## CERTIFICATE OF SERVICE

I, Richard P. Garden, Jr., hereby certify that I served the foregoing electronically upon all parties who have filed an appearance or motion by electronic filing in this case and I also certify the foregoing was served by U.S. mail, first class postage prepared upon Michael D. Raasch and Diane K. Raasch, 9200 Montello Rd., Lincoln, NE 68520 on this 1st day of March, 2011.

/s/ Richard P. Garden, Jr.
Richard P. Garden, Jr.

ND: 4812-3018-0872, v. 1