FORM B6A (Official Form 6A) (12/07)

In re **Raasch, Michael D. and Raasch, Diane K.** _____ ,        Case No. **BK11-40351** _____

Debtor(s)                                                            (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 220 S. 17th St, Lincoln, NE | | J | $ 2,600,000.00 | $ 2,600,000.00 |
| 1600 N St, Lincoln, NE | | J | $ 300,000.00 | $ 300,000.00 |
| 301 N Cotner, Lincoln, NE | | J | $ 900,000.00 | $ 900,000.00 |
| 315 S Lincoln Ave., York, NE | | J | $ 200,000.00 | $ 183,080.00 |
| 1744 M St, Lincoln, NE | | J | $ 2,600,000.00 | $ 2,600,000.00 |
| 9200 Montello Rd, Lincoln, NE | | J | $ 850,000.00 | $ 850,000.00 |
| 9200 Montello Rd, Lincoln, NE- Lot adjacent - Firethorn Add, Block 2, Lot 23 | | J | $ 150,000.00 | $ 150,000.00 |

___1___  continuation sheets attached

FORM B6A (Official Form 6A) (12/07)

In re <u>**Raasch, Michael D. and Raasch, Diane K.**</u>                    ,          Case No. <u>**BK11-40351**</u>
                        Debtor(s)                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *10107 E Sundance Tr., Scottsdale, AZ* | | J | $ 1,200,000.00 | $ 1,200,000.00 |

Sheet No. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Real Property

**TOTAL $**    *8,800,000.00*
(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **Raasch, Michael D. and Raasch, Diane K.** _____ ,    Case No. **BK11-40351**
                              Debtor(s)                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on Hand** **Location: In debtor's possession** | J | $ 426.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Cattle National Bank - Certificate of Deposit** **Location: In debtor's possession** | J | $ 145,800.88 |
| | | **Cattle National Bank - Certificate of Deposit** **Location: In debtor's possession** | J | $ 61,469.28 |
| | | **Cattle National Bank- - Certificate of Deposit** **Location: In debtor's possession** | J | $ 156,825.25 |
| | | **Cattle National Bank - Certificate of Deposit** **Location: In debtor's possession** | J | $ 115,409.79 |
| | | **City Bank & Trust - Checking** **Location: In debtor's possession** | H | $ 0.00 |
| | | **City Bank and Trust - Certificate of Deposit** **Location: In debtor's possession** | J | $ 31,408.49 |

B6B (Official Form 6B) (12/07)

In re _Raasch, Michael D. and Raasch, Diane K._____ ,    Case No. _BK11-40351_
                          Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Pinnacle Bank- Certificate of Deposit<br>Location: In debtor's possession | J | $ 137.86 |
| | | Pinnacle Bank - Certificate of Deposit<br>Location: In debtor's possession | J | $ 47,745.52 |
| | | Union Bank & Trust - Checking - Diane Raasch<br>Location: In debtor's possession | W | $ 180.90 |
| | | Union Bank & Trust - Checking - Michael Raasch<br>Location: In debtor's possession | H | $ 9,642.41 |
| | | Union Bank & Trust - Savings -Diane Raasch<br>Location: In debtor's possession | W | $ 438.60 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Small Appliances - 3, Refrigerator-1, Microwave-1, Pots and pans- 1 set, Dishes-1 set, Glasses-2 sets, Table with 4 chairs,; LG washer/dryer, Vacuum, Table with 6 chairs, Decorations-5, Living room set, TV-3, Dvd Player-1, Wall Art-5, Chairs/Stools-4, Rug-1, Ceiling Fan-2, Bedroom sets-2, Window decor-2, Bedding-2, Lamps-2, Patio Furniture, Dewalt radio-1, Leaf Blower<br>Location: 10107 E Sundance Tr., Scottsdale, AZ | J | $ 2,420.00 |
| | | Bedroom sets-5, Dining room table & 8 chairs-2 sets, Living room furniture-3 sets, Decorations, Rugs, TV's, Lamps, DVD Players, CD Player, Stereo Receiver-1, Bedding, Pillows, Window Decor, Light Fixtures, Tableware-1 set, Dishes- 2 sets, Glasses-6 | J | $ 15,557.00 |

In re Raasch, Michael D. and Raasch, Diane K. _____,    Case No. BK11-40351
                    Debtor(s)                                                              (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | sets, Pots and Pans- 2 sets, Small Appliances-9, Refrigerator-3, Microwave-1, Washer, Dryer, Canon Camera, Buffet, Hutch, 1999 Baldwin Grand Piano, Computers-2, Printers-2, Sony Screen, Wine holder, Chairs/Ottomans/Benches, Mirrors, Dressers, Karaoke Machine, Telephones, Ipod with Docking Station, Office Desks & Chairs, Bookcases, Photo Copier, File cabinet ,Gun Safe, Security Equipment, Seasons decorations, 2 Vacuums, Pool Table, Game table and 4 Chairs, Freezers-2, Treadmill, Home Gym System, Weights, Patio Table & Chairs, Patio furniture set, 3 Lounges, Tall table with 2 chairs, 2 Grills Location: In debtor's possession | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Wall Decor, Pictures, Sports Memorbillia Items- Football Helmets, pictures, Autographed Ball Location: In debtor's possession | J | $ 537.00 |
| 6. Wearing apparel. | | Arizona Clothing Location: 10107 E. Sundance Tr., Scottsdale, AZ | J | $ 200.00 |
| | | Sunglasses, Golf Shoes, Mens Clothing, Womens Clothing, Mens Shoes, Womens Shoes, Mens Coats, Womens Coats, Handbags, Luggage Location: In debtor's possession | J | $ 2,030.00 |
| 7. Furs and jewelry. | | Mens Wedding Ring and Band, Class Ring, Mens Citizen Watch, Mens Onyx Ring, Mens Gold Bracelet, Womens Wedding Ring and Band, 2 sets of Diamond Earrings, Gold Bracelet, Diamond Cross Necklace, Emerald Ring, Sapphire Earrings and Necklace, Diamond Cocktail Ring, Amethyst Ring and Necklace, 5 Sliders, 3 Womens Watches, Pearl Necklace | J | $ 10,432.00 |

B6B (Official Form 6B) (12/07)

In re **Raasch, Michael D. and Raasch, Diane K.** _____ ,    Case No. **BK11-40351**

Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *and Earrings, Costume Jewelry* *Location: In debtor's possession* | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | *2 Men's Sets of golf clubs, 2 Women's sets of golf clubs* *Location: 10107 E. Sundance Tr., Scottsdale, AZ* | J | $ 650.00 |
| | | *Black and White Golf Carts, 1 Set of mens & 2 sets of womens Callaway golf clubs* *Location: In debtor's possession* | J | $ 1,375.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Equitable Variable Life Insurance* *Location: In debtor's possession* | H | $ 3,515.05 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *UBS - IRA* *Location: In debtor's possession* | W | $ 38,965.70 |
| | | *UBS - Pension* *Location: In debtor's possession* | H | $ 7,330.28 |
| | | *UBS - RMA* *Location: In debtor's possession* | H | $ 2,093.07 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *1744 Properties LLC - 100% ownership interest* *Location: In debtor's possession* | J | $ 0.00 |

B6B (Official Form 6B) (12/07)

In re **Raasch, Michael D. and Raasch, Diane K.** _____,   Case No. **BK11-40351**
Debtor(s) _____ (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *HCR Leasing - 50% ownership interest*<br>*Location: In debtor's possession* | J | $ 0.00 |
| | | *M R I of Arizona, Inc. (a Wisconsin Corporation) - 7th & Glendale, Phoenix, 80% Ownership*<br>*Location: In debtor's possession* | J | $ 50,000.00 |
| | | *Professional Imaging NE I - 5% ownership interest*<br>*Location: In debtor's possession* | J | $ 7,500.00 |
| | | *Professional Imaging NE II - 5% ownership interest*<br>*Location: In debtor's possession* | J | $ 7,500.00 |
| | | *Professional Imaging Omaha - 80% ownership interest*<br>*Location: In debtor's possession* | J | $ 0.00 |
| | | *Professional Medical Imaging - 301 N. Cotner, Lincoln NE, 21% Ownership*<br>*Location: In debtor's possession* | J | $ 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | *Kirk Griffin - KMG LLC - carryback from sale of business*<br>*Location: In debtor's possession* | J | $ 15,000.00 |

B6B (Official Form 6B) (12/07)

In re __Raasch, Michael D. and Raasch, Diane K._____,    Case No. __BK11-40351__
                           Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 2004 Mercedes S1500 Location: 10107 E Sundance Tr., Scottsdale, AZ | J | $ 35,000.00 |
| | | 2006 BMW 330 Location: In debtor's possession | J | $ 22,000.00 |
| | | 2006 Harley Davidson Location: 10107 E Sundance Tr., Scottsdale, AZ | J | $ 4,000.00 |
| | | 2006 Harley Davidson Location: In debtor's possession | J | $ 4,000.00 |
| | | 2007 Escalade Location: 10107 E Sundance Tr., Scottsdale, AZ | J | $ 40,000.00 |
| | | 2009 Escalade Location: In debtor's possession | J | $ 41,000.00 |

B6B (Official Form 6B) (12/07)

In re **Raasch, Michael D. and Raasch, Diane K.** ,      Case No. **BK11-40351**
                        Debtor(s)                                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | | Current Value<br>of Debtor's Interest,<br>in Property Without<br>Deducting any<br>Secured Claim or<br>Exemption |
|---|---|---|---|---|---|
| 26. Boats, motors, and accessories. | | *2003 Crownline Boat*<br>*Location: In debtor's possession* | J | | $ 9,000.00 |
| 27. Aircraft and accessories. | X | | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | *Makita Miter Saw, Doracraft Grinder, Milwaukee Sawzall, Dewalt Dordless Drill, Ryobi Lithium Drill, Frontier Snow Blower, John Deere Lawn Mower, 8 Shovels, McClain Lawn edger, Weed Sprayers, Stihl Chailn Saw 12', Car ramps, Echo 6" tiller, Fishing box and lures, 6 Fishing Poles, 2 Portable plastic saw Horses ,4 Extension cords, S-K tool Socket, 1/4" Milwaukee Drill, Stihl hedge trimmer, 2 Echo leaf blowers, 2 Coran branch trimmers, Skillsaw circular saw, Makiter hand grinder, LESCO Lawn spreader, Werner ladde 9', Interchange air compressor, Dewalt power sprayer, John Deere 2X3 plastic trailer, Makita chef saw, Master fence tool box, Misc screwdrivers, 8 hammers, Craftsman Wrench Set, Gearwrench wrench set metric, Misc pliers, tools, 4' Ladder, Ping irons, Graden Tools*<br>*Location: In debtor's possession* | J | | $ 1,950.00 |
| 30. Inventory. | X | | | | |
| 31. Animals. | X | | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | | |
| 33. Farming equipment and implements. | X | | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | | |

**B6B (Official Form 6B) (12/07)**

In re **Raasch, Michael D. and Raasch, Diane K.** ,    Case No. **BK11-40351**
Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Total ➡     $ 891,540.08

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re __Raasch, Michael D. and Raasch, Diane K._____,    Case No. __BK11-40351__
               Debtor(s)    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 9200 Montello Rd, Lincoln, NE | Rev. Stat. of Neb. §40-101 | $ 0.00 | $ 850,000.00 |
| 9200 Montello Rd, Lincoln, NE-Lot adjacent | Rev. Stat. of Neb. §40-101 | $ 0.00 | $ 150,000.00 |
| Cash on Hand | Rev. Stat. of Neb. §25-1552 | $ 426.00 | $ 426.00 |
| Union Bank & Trust - Checking | Rev. Stat. of Neb. §25-1552 | $ 4,574.00 | $ 9,642.41 |
| Household Goods and Furnishings | Rev. Stat. of Neb. §25-1556(3) | $ 3,000.00 | $ 15,557.00 |
| Arizona Clothing | Rev. Stat. of Neb. §25-1556(2) | $ 200.00 | $ 200.00 |
| Wearing apparel | Rev. Stat. of Neb. §25-1556(2) | $ 2,030.00 | $ 2,030.00 |
| Equitable Variable Life Insurance | Rev. Stat. of Neb. §44-371(1)(a), (1)(b)(i) | $ 3,515.05 | $ 3,515.05 |
| UBS | Rev. Stat. of Neb. §25-1563.01 | $ 2,093.07 | $ 2,093.07 |
| UBS | Rev. Stat. of Neb. §25-1563.01 | $ 7,330.28 | $ 7,330.28 |
| UBS | Rev. Stat. of Neb. §25-1563.01 | $ 38,965.70 | $ 38,965.70 |
| 2009 Escalade | Rev. Stat. of Neb. §40-101 | $ 0.00 | $ 41,000.00 |
| Machinery, fixtures, equipment, and supplies | Rev. Stat. of Neb. §25-1556(4) | $ 1,950.00 | $ 1,950.00 |

Page No. __1__ of __1__

\* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Raasch, Michael D. and Raasch, Diane K._____,   Case No. _BK11-40351_____
                    **Debtor(s)**                                                                              **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>*Creditor # : 1*<br>*Cassling Diagnostic*<br>*13808 F St*<br>*Omaha NE 68137* | J | *301 N Cotner, Lincoln, NE*<br><br><br>Value: *$ 900,000.00* | | | | $ 400,000.00 | $ 400,000.00 |
| Account No:<br><br>*Representing:*<br>*Cassling Diagnostic* | | *Mark James LaPuzza*<br>*10250 Regency Cir, #300*<br>*Omaha NE 68114-3728*<br><br>Value: | | | | | |
| Account No: 1162<br><br>*Creditor # : 2*<br>*Cattle National Bank*<br>*1500 S Coddington Av*<br>*Ste R*<br>*Lincoln NE 68522* | J | *1645 N St*<br><br><br>Value: *$ 0.00* | | | | $ 2,539,996.00 | $ 2,539,996.00 |

<u>5</u>   continuation sheets attached

Subtotal $ | $ 2,939,996.00 | $ 2,939,996.00
(Total of this page)
Total $
(Use only on last page)

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re _Raasch, Michael D. and Raasch, Diane K._ ,                          Case No. _BK11-40351_
                          **Debtor(s)**                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: _1162_ _Representing:_ _Cattle National Bank_ | | Rick D. Lange 1201 Lincoln Mall, #102 Lincoln NE 68508 <br> Value: | | | | | |
| Account No: _Creditor # : 3_ _Cattle National Bank_ _1500 S Coddington Av_ _Ste R_ _Lincoln NE 68522_ | X  J | Value: $ 0.00 | | | | $ 54,060.00 | $ 54,060.00 |
| Account No: _Representing:_ _Cattle National Bank_ | | Rick D. Lange 1201 Lincoln Mall, #102 Lincoln NE 68508 <br> Value: | | | | | |
| Account No: _0800_ _Creditor # : 4_ _Cattle National Bank_ _1500 S Coddington Av_ _Ste R_ _Lincoln NE 68522_ | J | 220 S. 17th St <br> Value: $ 2,600,000.00 | | | | $ 2,808,841.00 | $ 208,841.00 |
| Account No: _0800_ _Representing:_ _Cattle National Bank_ | | Rick D. Lange 1201 Lincoln Mall, #102 Lincoln NE 68508 <br> Value: | | | | | |
| Account No: _1552_ _Creditor # : 5_ _Cattle National Bank_ _1500 S Coddington Av_ _Ste R_ _Lincoln NE 68522_ | J | 1500 W O St, Lincoln, NE <br> Value: $ 0.00 | | | | $ 10,034.00 | $ 10,034.00 |

Sheet no. 1 of 5 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 2,872,935.00 | $ 272,935.00 |
| Total $ (Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)    - Cont.

In re _Raasch, Michael D. and Raasch, Diane K._____,    Case No. _BK11-40351_____
                                  **Debtor(s)**                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *1552* <br><br> *Representing:* <br> *Cattle National Bank* | | *Rick D. Lange* <br> *1201 Lincoln Mall, #102* <br> *Lincoln NE 68508* <br><br> Value: | | | | | |
| Account No: *0567* <br> *Creditor # : 6* <br> *Cattle National Bank* <br> *1500 S Coddington Av* <br> *Ste R* <br> *Lincoln NE 68522* | J | *1500 W O St, Lincoln, NE* <br><br> Value: *$ 0.00* | | | | *$ 986,103.00* | *$ 986,103.00* |
| Account No: *0567* <br><br> *Representing:* <br> *Cattle National Bank* | | *Rick D. Lange* <br> *1201 Lincoln Mall, #102* <br> *Lincoln NE 68508* <br><br> Value: | | | | | |
| Account No: <br> *Creditor # : 7* <br> *City Bank & Trust* <br> *PO Box 288* <br> *Crete NE 68333-0288* | J | *2006 BMW 330, 2004 Mercedes S1500, 2007 Escalade, 2009 Escalade* <br> Value: *$ 138,000.00* | | | | *$ 110,000.00* | *$ 0.00* |
| Account No: <br><br> *Representing:* <br> *City Bank & Trust* | | *James L Haszard* <br> *121 S 13 St, Ste 702* <br> *PO Box 82426* <br> *Lincoln NE 68501* <br><br> Value: | | | | | |
| Account No: *5214* <br> *Creditor # : 8* <br> *City Bank & Trust* <br> *PO Box 288* <br> *Crete NE 68333-0288* | J | *1600 N St, Lincoln, NE* <br><br> Value: *$ 300,000.00* | | | | *$ 395,814.00* | *$ 95,814.00* |

Sheet no. 2  of  5  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page) | $ 1,491,917.00 | $ 1,081,917.00

Total $ (Use only on last page) | |

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re _Raasch, Michael D. and Raasch, Diane K._____,   Case No. _BK11-40351_____
                           **Debtor(s)**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: *5214* **Representing:** **City Bank & Trust** | | James L Haszard 121 S 13 St, Ste 702 PO Box 82426 Lincoln NE 68501 <br> Value: | | | | | |
| Account No: *1831* **Creditor # : 9** **Exchange Bank** **Po Box 760** **Gibbon NE 68840-0760** | X  J | 220 S. 17th St <br> Value: $ 2,600,000.00 | | | | $ 3,503,413.23 | $ 3,503,413.23 |
| Account No: *1831* **Representing:** **Exchange Bank** | | Richard P. Garden 1900 US Bank Bldg 201 S 13 St Lincoln NE 68508 <br> Value: | | | | | |
| Account No: **Creditor # : 10** **Lincoln Federal Savings Bank** **1101 N St** **Lincoln NE 68508** | J | 1744 M St, Lincoln, NE <br> Value: $ 2,600,000.00 | | | | $ 2,775,160.00 | $ 175,160.00 |
| Account No: **Representing:** **Lincoln Federal Savings Bank** | | Stephen Nelsen 1900 US Bank Bldg 201 S 13 St Lincoln NE 68508 <br> Value: | | | | | |
| Account No: **Creditor # : 11** **NBC** **6000 Village Dr** **Ste 100** **Lincoln NE 68516** | J | 301 N Cotner, Lincoln, NE <br> Value: $ 900,000.00 | | | | $ 949,600.00 | $ 49,600.00 |

Sheet no. 3  of  5  continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | $ 7,228,173.23 | $ 3,728,173.23 |
| **Total $** (Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)    - Cont.

In re <u>Raasch, Michael D. and Raasch, Diane K.</u>                    Case No. <u>BK11-40351</u>
           **Debtor(s)**                                                                          **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: | | Trev Peterson 3800 VerMaas Place Ste 200 Lincoln NE 68502 | | | | | |
| *Representing:* NBC | | | | | | | |
| | | Value: | | | | | |
| Account No: 5216 Creditor # : 12 Northern Trust, NA PO Box 92992 Chicago IL 60675-2992 | J | 10107 E Sundance Tr., Scottsdale, AZ    Value: $ 1,200,000.00 | | | | $ 394,716.00 | $ 374,072.00 |
| Account No: 5216 | | Todd Burgess 2575 E Camelback Rd, Ste 1100 Phoenix AZ 85016 | | | | | |
| *Representing:* Northern Trust, NA | | | | | | | |
| | | Value: | | | | | |
| Account No: 5216 Creditor # : 13 Northern Trust, NA PO Box 92992 Chicago IL 60675-2992 | J | 10107 E Sundance Tr., Scottsdale, AZ    Value: $ 1,200,000.00 | | | | $ 1,179,356.00 | $ 0.00 |
| Account No: 5216 | | Todd Burgess 2575 E Camelback Rd, Ste 1100 Phoenix AZ 85016 | | | | | |
| *Representing:* Northern Trust, NA | | | | | | | |
| | | Value: | | | | | |
| Account No: Creditor # : 14 Pinnacle Bank PO Box 598 Gretna NE 68028-0598 | J | 315 S Lincoln Ave., Lincoln, NE    Value: $ 200,000.00 | | | | $ 183,080.00 | $ 0.00 |

Sheet no. <u>4</u> of <u>5</u> continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ (Total of this page) | $ 1,757,152.00 | $ 374,072.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re Raasch, Michael D. and Raasch, Diane K. _____,   Case No. BK11-40351 _____
                          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: | | H--Husband W--Wife J--Joint C--Community | | | | | |
| *Representing: Pinnacle Bank* | | *Joel Lonowski PO Box 83439 201 N 8 St, Ste 300 Lincoln NE 68501-3439* Value: | | | | | |
| Account No: *2831* Creditor # : 15 St. Bank of Hildreth 133 Commercial Ave PO Box 127 Hildreth NE 68947-0127 | J | *9200 Montello Rd, Lincoln, NE-Lot adjacent* Value: *$ 150,000.00* | | | | *$ 200,000.00* | *$ 50,000.00* |
| Account No: *0001* Creditor # : 16 Wells Fargo Bank PO Box 4233 Portland OR 97208-4233 | J | *9200 Montello Rd, Lincoln, NE* Value: *$ 850,000.00* | | | | *$ 187,817.00* | *$ 90,309.00* |
| Account No: *0001* Creditor # : 17 Wells Fargo Home Mortgage PO Box 10335 Des Moines IA 50306-0335 | J | *9200 Montello Rd, Lincoln, NE* Value: *$ 850,000.00* | | | | *$ 752,492.00* | *$ 0.00* |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. 5 of 5 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | $ 1,140,309.00 | $ 140,309.00 |
| **Total $** (Use only on last page) | $ 17,430,482.23 | $ 8,537,402.23 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re Raasch, Michael D. and Raasch, Diane K. _____ ,    Case No. BK11-40351 _____
                          Debtor(s)                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ **continuation sheets attached**

Official Form 6E (04/10) - Cont.

In re Raasch, Michael D. and Raasch, Diane K. _____ ,    Case No. BK11-40351 _____
_____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:    *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | | |
| Account No: *Creditor # : 1* *IRS Department of Revenue* *PO Box 21126* *Philadelphia PA 19114* | J | | | | | | $ 13,737.34 | $ 13,737.34 | $ 0.00 |
| Account No: *Creditor # : 2* *Nebraska Dept of Revenue* *Attn Bankruptcy Unit* *PO Box 94818* *Lincoln NE 68509-4818* | J | | | | | | Unknown | $ 0.00 | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | 13,737.34 | 13,737.34 | 0.00 |
|---|---|---|---|---|
| | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 13,737.34 | | |
| | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 13,737.34 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _Raasch, Michael D. and Raasch, Diane K._ ,        Case No. _BK11-40351_
                          **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.   R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>Aspire Financial LLC<br>7575 E Redfield Rd<br>Ste 235<br>Scottsdale AZ 85260 | | J | Tax prep | | | | $ 5,020.00 |
| Account No:<br>Creditor # : 2<br>Baylor Evnen Curtiss Grimit<br>Wells Fargo Center<br>1248 O Street, Suite 600<br>Lincoln NE 68508 | | J | Legal services | | | | $ 500.00 |
| Account No:<br>Creditor # : 3<br>Black Hills Energy<br>PO Box 22127<br>Lincoln NE 68542-2127 | | J | Utility Bills | | | | $ 1,104.85 |
| Account No:<br>Creditor # : 4<br>Chase Bank USA<br>PO Box 15298<br>Wilmington DE 19850 | | J | Credit Card | | | | $ 3,312.00 |

_9_ continuation sheets attached

Subtotal $        $ 9,936.85

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raasch, Michael D. and Raasch, Diane K._    ,                    Case No. _BK11-40351_
            **Debtor(s)**                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 5 Chase Card Services PO Box 94014 Palatine IL 60094-4014 | | J | Credit Card | | | | $ 12,979.41 |
| Account No: Creditor # : 6 Chase Card Services PO Box 94014 Palatine IL 60094-4014 | | J | Credit Card | | | | $ 56.60 |
| Account No: Creditor # : 7 City Bank & Trust PO Box 288 Crete NE 68333-0288 | | J | | | | | $ 339,650.84 |
| Account No: Representing: City Bank & Trust | | | James L Haszard 121 S 13 St, Ste 702 PO Box 82426 Lincoln NE 68501 | | | | |
| Account No: Creditor # : 8 Da-ly Realty 2514 S Locust St Grand Island NE 68801-8226 | X | J | | | | | $ 15,995.71 |
| Account No: Representing: Da-ly Realty | | | Gregory M Neuhaus 205 S Cedar St, Ste 150 PO Box 820 Grand Island NE 68802 | | | | |

Sheet No. _1_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 368,682.56
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Raasch, Michael D. and Raasch, Diane K._____ ,    Case No. _BK11-40351__
        **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 9 <br> Duncan Thompson Group Inc <br> 920 E 26 St <br> Kearney NE 68847 | | J | | | | X | *Unknown* |
| Account No: <br> Representing: <br> Duncan Thompson Group Inc | | | Kory D George <br> 301 S 13 St, Ste 500 <br> Lincoln NE 68508 | | | | |
| Account No: <br> Creditor # : 10 <br> Emanuel Contracting <br> 6946 N 97 Cir <br> Omaha NE 68122-1060 | | J | | | | | $ 437,563.59 |
| Account No: <br> Representing: <br> Emanuel Contracting | | | Jon J Puk <br> 11240 Davenport St <br> PO Box 540125 <br> Omaha NE 68154 | | | | |
| Account No: <br> Creditor # : 11 <br> Executive Answering Service <br> 145 South 56th Street <br> Lincoln NE 68510 | | J | | | | | $ 20.00 |
| Account No: <br> Creditor # : 12 <br> First American Payment Systems <br> 100 Throckmorton <br> Fort Worth TX 76102 | | J | | | | | $ 5,000.00 |

Sheet No. __2__ of __9__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                **Subtotal $**    $ 442,583.59
                **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Raasch, Michael D. and Raasch, Diane K._____ ,    Case No. _BK11-40351_____
        **Debtor(s)**                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | J | | | | | $ 136,422.00 |
| Creditor # : 13 First National Bank North Pl PO Box 10 North Platte NE 69103 | | | | | | | |
| Account No: | | | | | | | |
| Representing: First National Bank North Pl | | | Tim Brouillette 501 S Dewey St PO Box 1605 North Platte NE 69103-1605 | | | | |
| Account No: | | J | | | | | $ 59,923.00 |
| Creditor # : 14 First National Bank North Pl PO Box 10 North Platte NE 69103 | | | | | | | |
| Account No: | | | | | | | |
| Representing: First National Bank North Pl | | | Tim Brouillette 501 S Dewey St PO Box 1605 North Platte NE 69103-1605 | | | | |
| Account No: | | J | | | | | $ 850,000.00 |
| Creditor # : 15 First National Bank of North P 201 North Dewey North Platte NE 69101 | | | | | | | |
| Account No: | | | | | | | |
| Representing: First National Bank of North P | | | Tim Brouillette 501 S Dewey St PO Box 1605 North Platte NE 69103-1605 | | | | |

Sheet No. __3__ of ___9___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 1,046,345.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re  Raasch, Michael D. and Raasch, Diane K.                    ,           Case No. BK11-40351
_____
**Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | X | J | | | | | $ 1,896,141.86 |
| Creditor # : 16 First National Bank of Wahoo 201 E 5 St PO Box 68 Wahoo NE 68066 | | | | | | | |
| Account No: | | | John M Guthery 1400 US Bank Bldg 233 S 13 St Lincoln NE 68508 | | | | |
| *Representing:* First National Bank of Wahoo | | | | | | | |
| Account No: | | J | | | | | $ 81.00 |
| Creditor # : 17 GEMB Banana Rep PO Box 965005 Orlando FL 32896 | | | | | | | |
| Account No: | | J | | | | | $ 32,762.60 |
| Creditor # : 18 Gross and Welch 2120 S 72 St Omaha NE 68124-0607 | | | | | | | |
| Account No: | | J | | | | | $ 10,184.65 |
| Creditor # : 19 Harding & Shultz 1800 Lincoln Square Lincoln NE 68501-2028 | | | | | | | |
| Account No: | X | J | | | | | Unknown |
| Creditor # : 20 Hastings State Bank 530 N Burlington Ave Hastings NE 68901 | | | | | | | |

Sheet No.  4  of  9  continuation sheets attached to Schedule of          Subtotal $          $ 1,939,170.11
Creditors Holding Unsecured Nonpriority Claims                                        Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Raasch, Michael D. and Raasch, Diane K._                    ,        Case No. _BK11-40351_
         **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> *Representing:* **Hastings State Bank** | | | Arend R Baack <br> 104 N Wheeler <br> PO Box 790 <br> Grand Island NE 68802 | | | | |
| Account No: <br><br> *Creditor # : 21* <br> *IKON Financial* <br> *1738 Bass Road* <br> *Macon GA 31210* | | J | | | | | $ 10,035.96 |
| Account No: <br><br> *Creditor # : 22* <br> *Jay Christensen* <br> *4900 3rd St* <br> *Moorhead MN 56560* | | J | | | | | *Unknown* |
| Account No: <br><br> *Creditor # : 23* <br> *JCM Electric* <br> *3333 S 6th Street* <br> *Lincoln NE 68502* | | J | | | | | $ 37,428.12 |
| Account No: <br><br> *Representing:* *JCM Electric* | | | Dana V Baker <br> 130 N 16 St <br> Ste 100 <br> Lincoln NE 68508-1603 | | | | |
| Account No: <br><br> *Creditor # : 24* <br> *JL Johnson Construction* <br> *320 W Industrial Lake Dr* <br> *Suite A* <br> *Lincoln NE 68528* | | J | | | | | $ 6,871.00 |

Sheet No. _5_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 54,335.08
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Raasch, Michael D. and Raasch, Diane K.** ,                    Case No. **BK11-40351**
_____              _____
**Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | J | | | | | *Unknown* |
| Creditor # : 25 *Lancaster County Attorney* *575 S 10 St* *Lincoln NE 68508* | | | *Real Estate Taxes* | | | | |
| Account No: 4001 | | J | | | | | $ 4,735.96 |
| Creditor # : 26 *LEAF Financial* *PO Box 644006* *Cincinnati OH 45264* | | | | | | | |
| Account No: 4001 | | | | | | | |
| *Representing:* *LEAF Financial* | | | *Administrative Services* *1818 Market St FL 9* *Philadelphia PA 19103* | | | | |
| Account No: | | J | | | | | $ 10,000.00 |
| Creditor # : 27 *Lincoln Electrical System* *1040 O St* *Lincoln NE 68508-3635* | | | | | | | |
| Account No: | X | J | | | | | $ 653,282.72 |
| Creditor # : 28 *Lincoln Federal Savings Bank* *1101 N St* *Lincoln NE 68508* | | | | | | | |
| Account No: | | | | | | | |
| *Representing:* *Lincoln Federal Savings Bank* | | | *Stephen Nelsen* *1900 US Bank Bldg* *201 S 13 St* *Lincoln NE 68508* | | | | |

Sheet No. **6** of **9** continuation sheets attached to Schedule of       Subtotal $       $ 668,018.68
Creditors Holding Unsecured Nonpriority Claims                           Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raasch, Michael D. and Raasch, Diane K._____,   Case No. _BK11-40351_____
            **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 29* *Lincoln Lumber* *2201 Dudley Street* *Lincoln NE 68503-1645* | X | J | | | | | $ 9,066.27 |
| Account No: *Representing:* *Lincoln Lumber* | | | *Linda M Jewson* *1024 K St* *Lincoln NE 68508* | | | | |
| Account No: *Creditor # : 30* *Nebraska Bankers Bank* *260 The Apothecary* *140 N 8 St* *Lincoln NE 68508* | | J | | | | | $ 680,000.00 |
| Account No: *Creditor # : 31* *OCE - North America* *6940 S 108 St* *La Vista NE 68128* | | J | | | | | $ 1,715.66 |
| Account No: *Creditor # : 32* *O'Keefe Elevator* *1402 Jones Street* *Omaha NE 68102-3236* | | J | | | | | $ 0.00 |
| Account No: *Creditor # : 33* *Platte Valley State Bank* *PO Box 430* *Kearney NE 68848-0430* | | J | | | | | $ 167,982.74 |

Sheet No. __7__ of ___9___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       **Subtotal $**    $ 858,764.67

                                       **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Raasch, Michael D. and Raasch, Diane K._____ ,   Case No. _BK11-40351___
         **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| *Representing:* **Platte Valley State Bank** | | | *Larry Butler* *2202 Central Ave, Ste 200* *PO Box 1184* *Kearney NE 68848* | | | | |
| Account No: **Creditor # : 34** *SFI Ltd. Partnership 14* *c/o Howard Kaslow* *8712 W Dodge Rd, Ste 300* *Omaha NE 68114* | | J | | | | | $ 8,292.94 |
| Account No: *Representing:* **SFI Ltd. Partnership 14** | | | *Jeffrey A Silver* *10805 Old Mill Rd* *Omaha NE 68154* | | | | |
| Account No: **Creditor # : 35** *The Real Estate Brokerage Co* *11717 Burt St* *Ste 102* *Omaha NE 68154* | | J | | | | X | *Unknown* |
| Account No: *Representing:* **The Real Estate Brokerage Co** | | | *Eugene M Eckel* *444 Regency Parkway Dr* *Lake Regency Bldg Ste 2* *Omaha NE 68114* | | | | |
| Account No: **Creditor # : 36** *Tierone Bank* *c/o Craig Knickrehm* *11240 Davenport St* *Omaha NE 68154* | | J | | | | X | *Unknown* |

Sheet No. __8__ of __9__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 8,292.94

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Raasch, Michael D. and Raasch, Diane K._____ ,   Case No. _BK11-40351_____
      **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 37 Union Bank & Trust PO Box 82535 Lincoln NE 68501* | | J | | | | | $ 399.00 |
| Account No: *Creditor # : 38 Union Bank & Trust PO Box 82535 Lincoln NE 68501* | | J | | | | | $ 2,303.00 |
| Account No: *Creditor # : 39 Union Bank & Trust PO Box 82535 Lincoln NE 68501-2535* | | J | *Checking Plus* | | | | $ 2,221.05 |
| Account No: *Creditor # : 40 Wells Fargo Bank 1412 Hahn's Peak Drive Loveland CO 80538* | | J | | | | | $ 1,111,709.20 |
| Account No: *Creditor # : 41 West Gate Bank PO Box 82603 Lincoln NE 68501-2603* | | J | | | | | $ 563,252.87 |
| Account No: *Representing: West Gate Bank* | | | *Katherine S Vogel 3800 VerMaas Place Ste 200 Lincoln NE 68502* | | | | |

Sheet No. _9_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 1,679,885.12

Total $   $ 7,076,014.60

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _Raasch, Michael D. and Raasch, Diane K._____ / Debtor    Case No. _BK11-40351_____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re **Raasch, Michael D. and Raasch, Diane K.** _____ / Debtor     Case No. **BK11-40351** _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *1744 Properties LLC*<br>*1645 N St, Ste E*<br>*Lincoln NE  68508* | *Lincoln Federal Savings Bank*<br>*1101 N St*<br>*Lincoln NE  68508*<br><br>*Lincoln Lumber*<br>*2201 Dudley Street*<br>*Lincoln NE  68503-1645* |
| *Buggy Bath West LLC*<br>*1502 West 'O' St*<br>*Lincoln NE  68528* | *Cattle National Bank*<br>*1500 S Coddington Av*<br>*Ste R*<br>*Lincoln NE  68522* |
| *Crane Center LLC*<br>*9200 Montello Rd*<br>*Lincoln NE  68520* | *Lincoln Federal Savings Bank*<br>*1101 N St*<br>*Lincoln NE  68508* |
| *Equestrian Meadows LLC*<br>*9200 Montello Rd*<br>*Lincoln NE  68520* | *Da-ly Realty*<br>*2514 S Locust St*<br>*Grand Island NE  68801-8226* |
| *Grand Stand LLC*<br>*56th & Hwy 2*<br>*Alamo Center*<br>*Lincoln NE  68520* | *First National Bank of Wahoo*<br>*201 E 5 St*<br>*PO Box 68*<br>*Wahoo NE  68066* |
| *Ingrid Franze*<br>*1519 West 6th St*<br>*Storm Lake IA  50588* | *Exchange Bank*<br>*Po Box 760*<br>*Gibbon NE  68840-0760* |
| *M R I of Arizona, Inc.*<br>*c/o Shapiro*<br>*9414 E San Salvador, Ste 105*<br>*Scottsdale AZ  85258* | *Exchange Bank*<br>*Po Box 760*<br>*Gibbon NE  68840-0760* |
| *North Lincoln Trade Center LLC*<br>*2001 Avenue A*<br>*Kearney NE  68848* | *Hastings State Bank*<br>*530 N Burlington Ave*<br>*Hastings NE  68901* |

B6I (Official Form 6I) (12/07)

In re **Raasch, Michael D. and Raasch, Diane K.** _____ ,    Case No. **BK11-40351** _____
                        **Debtor(s)**                                          **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Self Employed** | **Unemployed** |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other  (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): **Management fees** | $ 22,000.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 22,000.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ 22,000.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:    (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 22,000.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re Raasch, Michael D. and Raasch, Diane K. _____ ,   Case No. BK11-40351 _____
                                    **Debtor(s)**                                                      (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 9,413.08 |
|    a. Are real estate taxes included?  Yes ☐  No ☒ | | |
|    b. Is property insurance included?  Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 965.00 |
|    b. Water and sewer | $ | 205.00 |
|    c. Telephone | $ | 150.00 |
|    d. Other  *Garbage* | $ | 66.00 |
|    Other  *Cable/Internet* | $ | 220.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 775.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 300.00 |
| 6. Laundry and dry cleaning | $ | 120.00 |
| 7. Medical and dental expenses | $ | 425.00 |
| 8. Transportation (not including car payments) | $ | 550.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 800.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 125.00 |
|    b. Life | $ | 250.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 560.00 |
|    e. Other | $ | 0.00 |
|    Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)  **Real Estate taxes Lot 23** | $ | 235.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 962.00 |
|    b. Other: | $ | 0.00 |
|    c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: | $ | 0.00 |
|    Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 17,221.08 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 16 of Schedule I | $ | 22,000.00 |
|    b. Average monthly expenses from Line 18 above | $ | 17,221.08 |
|    c. Monthly net income (a. minus b.) | $ | 4,778.92 |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEBRASKA

In re: *Raasch, Michael D.*
    *and*
    *Raasch, Diane K.*

Case No. *BK11-40351*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT          SOURCE

*Year to date:*
*  2009: -$2,178,388*      *2009 AGI*
*2008: -$1,837,310*      *2008 AGI*

---

### 2. Income other than from employment or operation of business

None ☒   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Snyder Construction Company v. Raasch CI08-0005275* | *Foreclosure - Mechanic's Lien* | *District Court of Lancaster County* | *Dismissed as of 7-15-2010* |
| *Platte Valley State Bank & Tru v. Raasch CI09-0000338* | *Contract - Note* | *County Court of Buffalo County* | *Uncontested Default 6-17-2010* |
| *Geneva State Bank v. Michael D Raasch CI09-0000692* | *Accountings* | *District Court of Lancaster County* | *Dismissed by Party as of 6-16-2010* |
| *First National Bank of Wahoo v. Sikes CI09-0000291* | *Miscellaneous Civil* | *District Court of Otoe County* | *Suggestion in Bankruptcy filed on 2-25-2011* |
| *First National Bank of Wahoo v. Raasch CI10-0005254* | *Miscellaneous Civil* | *District Court of Lancaster County* | *Complaint filed on 12-14-2010* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Exchange Bank v. Michael D Raasch CI09-0000919 | Foreclosure - Mortgage | District Court of Lancaster County | Suggestion of Bankruptcy 2-28-2011 |
| SFI LTD Partnership v. Professional Imagi CI10-0019096 | Real Property - Forcible Entry/Detainer | County Court of Douglas County | Complaint filed on 8-26-2010 |
| Lincoln Lumber Company v. Michael Raasch CI10-0007444 | Contract - Unspecified | County Court of Lancaster County | Complaint Filed on 6-3-2010 |
| JCM Electric, Inc v. Michael Raasch CI10-0011675 | Contract - Unspecified | County Court of Lancaster County | Suggestion of Bankruptcy 9-7-2010 |
| Emanuel Contracting v. Professional Medic CI10-0002541 | Contract Disputes | District Court of Lancaster County | Complaint Filed on 6-21-2010 |
| De-Lay Realty and Insurance v. M Raasch CI07-0000391 | Miscellaneous Civil | District Court of Hall County | Judgment Entered 08-01-2007 |
| Commercial Refrigeration Solut v. Raasch SC09-0000591 | Small Claims - Unspecified | County COurt of Lancaster County | Dismissed as of 3-25-2010 |
| West Gate Bank v. Jeffery S Sikes CI 09-0004939 | Contract Disputes | District Court of Lancaster County | Judgment Entered 12-07-2010 |
| TierOne Bank v. Michael D Raasch CI09-0000236 | Miscellaneous Civil | District Court of Hall County | Filed on 3-5-2009 |
| Lincoln Federal Savi v. Crane Center LLC CI09-0003214 | Miscellaneous Civil | District Court of Lancaster County | Judgment Entered 07-02-2010 |
| Hastings State Bank v. North Lincoln Trad CI09-0002359 | Miscellaneous Civil | District Court of Lancaster County | Suggestion of Bankruptcy 09-17-2010 |
| Hastings State Bank | Miscellaneous Civil | District Court of | Suggestion of |

Form 7 (04/10)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *v. North Lincoln Trad CI09-0000735* | | *Lancaster County* | *Bankruptcy 10-26-2010* |
| *Geneva State Bank v. Michael D Raasch CI08-0005414* | *Miscellaneous Civil* | *District Court of Lancaster County* | *Dismissed as of 06-16-2010* |
| *Gana Trucking & Excavating Inc v. Raasch* | *Transcript of Judgment* | *District Court of Lancaster County* | *Jusdgment Entered 02-24-2010* |
| *Exchange Bank v. Michael D Raasch CI10-0003234* | *Contract Disputes* | *District Court of Lancaster County* | *Filed on 08-04-2010* |
| *City Bank & Trust Co v. Michael D Raasch CI10-0003956* | *Contract Disputes* | *District Court of Lancaster County* | *Filed on 09-17-2010* |
| *West Gate Bank v. Jeffery S Sikes CI10-0000328* | *Transcript of Judgment* | *District Court of Buffalo County* | *Filed on 05-17-2010* |
| *The Real Estate Brokerage Comp v. Raasch CI10-0003536* | *Real Property - Forcible Entry/Detainer* | *County Court of Sarpy County* | *Judgment Entered 09-02-2010* |
| *First National Bank v. Jeffrey Sikes CI10-0000188* | *Transcript of Judgment* | *District Court of Buffalo County* | *Filed on 03-24-2010* |
| *First National Bank v. Jeffrey S Sikes CI10-0000285* | *Transcript of Judgment* | *District Court of Hall County* | *Filed on 03-24-2010* |

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Farmers Bank* *Address: 5320 N 148 St, Lincoln NE 68527* | *December 2010* | *Description: Deed in Lieu* *Value:* |
| *Name: Cattle National Bank* *Address:* | | *Description: Certificates of Deposit* *Value:* |
| *Name: Farmers Bank* *Address:* | *April 2010 – Trustee's Sale* | *Description: 1645 N St* *Value:* |

### 6. Assignments and receiverships

☒ None

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ None

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

☒ None

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

☒ None

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

☐ None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: David P. Thompson* *Address:* *330 S 10 ST* *STE 220* *Lincoln, NE 68508* | *Date of Payment: February 2011* *Payor: Raasch, Michael D.* | *$10,000.00* |

**10. Other transfers**

None ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☒ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Owner:  Katelyn Nootz<br>Address:  9200 Montello Rd | Description:  Household goods<br>Value: | 9200 Montello Rd |

**15. Prior address of debtor**

None ☒ If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☒ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Form 7 (04/10)

**17. Environmental Information**

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *Professional Medical Imaging NE II* | ID: | | | |
| *HCR Leasing* | ID: | | | |

Form 7 (04/10)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *M R I of Arizona, Inc.* | *ID: 39-1717667* | | | |
| *Professional Imaging NE I* | *ID:* | | | |
| *Professional Imaging Omaha* | *ID:* | | | |
| *Professional Medical Imaging* | *ID:* | | | |
| *Grand Stand LLC* | *ID:* | | | |
| *M I Investments LLC* | *ID:  27-0094153* | *4747 Pioneers Blvd, Lincoln, NE 68506* | | |
| *Equestrian Meadows, LLC* | *ID:06-1694813* | *9200 Montello Rd, Lincoln, NE 68520* | | |
| *Crane Center LLC* | *ID:73-1666725* | *9200 Montello Rd, Lincoln, NE 68520* | | |
| *Buggy Bath West LLC* | *ID: 47-0827348* | *1502 West 'O' St, Lincoln, NE 68528* | | |
| *1744 Properties LLC* | *ID:* | *1645 N St, Ste E, Lincoln, NE 68508* | *lodging* | *2006 to present* |
| *Raasch LLC* | *ID:* | | | |
| *Raasch Appraisal and Consulting Inc* | *ID:* | | | |
| *Raasch Enterprises* | *ID:* | | | |

Statement of Affairs - Page 8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *Wade Corporation* | ID: | | | |
| *Envision Open MRI LLC* | ID: | | | |
| *D C Rox LLC* | ID: | | | |
| *Forevergreen I LLC* | ID: | | | |
| *Forevergreen II LLC* | ID: | | | |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☒

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *03/21/2011*          Signature  */s/ Raasch, Michael D.*
                            of Debtor

Date  *03/21/2011*          Signature  */s/ Raasch, Diane K.*
                            of Joint Debtor
                            (if any)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA

In re **Raasch, Michael D. and Raasch, Diane K.**                    Case No. **BK11-40351**

Chapter    **11**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *2* | $      8,800,000.00 | | |
| B-Personal Property | *Yes* | *8* | $        891,540.08 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *6* | | $    17,430,482.23 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $        13,737.34 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *10* | | $      7,076,014.60 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $        22,000.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $        17,221.08 |
| TOTAL | | *33* | $      9,691,540.08 | $    24,520,234.17 | |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEBRASKA

In re **Raasch, Michael D. and Raasch, Diane K.**

Case No. **BK11-40351**

Chapter **11**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 13,737.34 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 13,737.34 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 22,000.00 |
| Average Expenses (from Schedule J, Line 18) | $ 17,221.08 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 0.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 8,537,402.23 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 13,737.34 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 7,076,014.60 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 15,613,416.80 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Raasch, Michael D. and Raasch, Diane K.**                                    Case No. _BK11-40351_
                                        Debtor                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___34___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _3/21/2011_                    Signature  _/s/ Raasch, Michael D._
                                                **Raasch, Michael D.**


Date: _3/21/2011_                    Signature  _/s/ Raasch, Diane K._
                                                **Raasch, Diane K.**

                                    [If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA

In re   **Raasch, Michael D.**
      **and**
   **Raasch, Diane K.**

Case No. **BK11-40351**

Chapter **11**

_____ / Debtor

Attorney for Debtor:   **David P. Thompson**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **10,000.00**
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ _____ **10,000.00**
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **0.00**

3.  $ _____ **1,039.00** _____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        **None other**

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        **None other**

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        **None**

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        **None**

Dated: **03/21/2011**            Respectfully submitted,

                X **/s/ David P. Thompson** _____
Attorney for Petitioner: **David P. Thompson**
                    **Thompson Law PC LLO**
                    **330 S 10 ST**
                    **STE 220**
                    **Lincoln NE  68508**
                    **(402) 474-0374**
                    **thompsonlaw@windstream.net**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEBRASKA

In re *Raasch, Michael D.*
    *and*
    *Raasch, Diane K.*

Case No. *BK11-40351*
Chapter  *11*

_____ / Debtor

Attorney for Debtor:   *David P. Thompson*

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *03/21/2011*

/s/ *Raasch, Michael D.*
Debtor

/s/ *Raasch, Diane K.*
Joint Debtor

1744 Properties LLC
1645 N St, Ste E
Lincoln, NE  68508

Administrative Services
1818 Market St FL 9
Philadelphia, PA  19103

Arend R Baack
104 N Wheeler
PO Box 790
Grand Island, NE  68802

Aspire Financial LLC
7575 E Redfield Rd
Ste 235
Scottsdale, AZ  85260

Baylor Evnen Curtiss Grimit
Wells Fargo Center
1248 O Street, Suite 600
Lincoln, NE  68508

Black Hills Energy
PO Box 22127
Lincoln, NE  68542-2127

Buggy Bath West LLC
1502 West 'O' St
Lincoln, NE  68528

Cassling Diagnostic
13808 F St
Omaha, NE  68137

Cattle National Bank
1500 S Coddington Av
Ste R
Lincoln, NE  68522

Chase Bank USA
PO Box 15298
Wilmington, DE  19850

Chase Card Services
PO Box 94014
Palatine, IL  60094-4014

City Bank & Trust
PO Box 288
Crete, NE  68333-0288

Crane Center LLC
9200 Montello Rd
Lincoln, NE  68520

```
Da-ly Realty
2514 S Locust St
Grand Island, NE  68801-8226


Dana V Baker
130 N 16 St
Ste 100
Lincoln, NE  68508-1603


Duncan Thompson Group Inc
920 E 26 St
Kearney, NE  68847


Emanuel Contracting
6946 N 97 Cir
Omaha, NE  68122-1060


Equestrian Meadows LLC
9200 Montello Rd
Lincoln, NE  68520


Eugene M Eckel
444 Regency Parkway Dr
Lake Regency Bldg Ste 2
Omaha, NE  68114


Exchange Bank
Po Box 760
Gibbon, NE  68840-0760


Executive Answering Service
145 South 56th Street
Lincoln, NE  68510


First American Payment Systems
100 Throckmorton
Fort Worth, TX  76102


First National Bank North Pl
PO Box 10
North Platte, NE  69103


First National Bank of North P
201 North Dewey
North Platte, NE  69101


First National Bank of Wahoo
201 E 5 St
PO Box 68
Wahoo, NE  68066


GEMB Banana Rep
PO Box 965005
Orlando, FL  32896
```

Grand Stand LLC
56th & Hwy 2
Alamo Center
Lincoln, NE  68520

Greater Nebraska Open MRI LLC
PO Box 67015
Lincoln, NE  68506-7015

Gregory M Neuhaus
205 S Cedar St, Ste 150
PO Box 820
Grand Island, NE  68802

Gross and Welch
2120 S 72 St
Omaha, NE  68124-0607

Harding & Shultz
1800 Lincoln Square
Lincoln, NE  68501-2028

Hastings State Bank
530 N Burlington Ave
Hastings, NE  68901

IKON Financial
1738 Bass Road
Macon, GA  31210

Ingrid Franze
1519 West 6th St
Storm Lake, IA  50588

Internal Revenue Service
Attn: SPF, Stop 5006
PO Box 662
Omaha, NE  68102

IRS Department of Revenue
PO Box 21126
Philadelphia, PA  19114

James L Haszard
121 S 13 St, Ste 702
PO Box 82426
Lincoln, NE  68501

Jay Christensen
4900 3rd St
Moorhead, MN  56560

JCM Electric
3333 S 6th Street
Lincoln, NE  68502

Jeffrey A Silver
10805 Old Mill Rd
Omaha, NE  68154

JL Johnson Construction
320 W Industrial Lake Dr
Suite A
Lincoln, NE  68528

Joel Lonowski
PO Box 83439
201 N 8 St, Ste 300
Lincoln, NE  68501-3439

John M Guthery
1400 US Bank Bldg
233 S 13 St
Lincoln, NE  68508

Jon J Puk
11240 Davenport St
PO Box 540125
Omaha, NE  68154

Katherine S Vogel
3800 VerMaas Place
Ste 200
Lincoln, NE  68502

Kory D George
301 S 13 St, Ste 500
Lincoln, NE  68508

Lancaster County Attorney
575 S 10 St
Lincoln, NE  68508

Larry Butler
2202 Central Ave, Ste 200
PO Box 1184
Kearney, NE  68848

LEAF Financial
PO Box 644006
Cincinnati, OH  45264

Lincoln Electrical System
1040 O St
Lincoln, NE  68508-3635

Lincoln Federal Savings Bank
1101 N St
Lincoln, NE  68508

Lincoln Lumber
2201 Dudley Street
Lincoln, NE  68503-1645

```
Linda M Jewson
1024 K St
Lincoln, NE  68508


M & I Investments LLC
4747 Pioneers Blvd
Lincoln, NE  68506


M R I of Arizona, Inc.
c/o Shapiro
9414 E San Salvador, Ste 105
Scottsdale, AZ  85258


Mark James LaPuzza
10250 Regency Cir, #300
Omaha, NE  68114-3728


NBC
6000 Village Dr
Ste 100
Lincoln, NE  68516


Nebraska Bankers Bank
260 The Apothecary
140 N 8 St
Lincoln, NE  68508


Nebraska Department of Revenue
Attn: Bankruptcy Unit
PO Box 94818
Lincoln, NE  68509-4818


Nebraska Dept of Revenue
Attn Bankruptcy Unit
PO Box 94818
Lincoln, NE  68509-4818


North Lincoln Trade Center LLC
2001 Avenue A
Kearney, NE  68848


Northern Trust, NA
PO Box 92992
Chicago, IL  60675-2992


OCE - North America
6940 S 108 St
La Vista, NE  68128


O'Keefe Elevator
1402 Jones Street
Omaha, NE  68102-3236


Pinnacle Bank
PO Box 598
Gretna, NE  68028-0598
```

```
Platte Valley State Bank
PO Box 430
Kearney, NE  68848-0430

Professional Medical Imaging
301 N Cotner Blvd
Lincoln, NE  68505

Richard P. Garden
1900 US Bank Bldg
201 S 13 St
Lincoln, NE  68508

Rick D. Lange
1201 Lincoln Mall, #102
Lincoln, NE  68508

SFI Ltd. Partnership 14
c/o Howard Kaslow
8712 W Dodge Rd, Ste 300
Omaha, NE  68114

St. Bank of Hildreth
133 Commercial Ave
PO Box 127
Hildreth, NE  68947-0127

Stephen Nelsen
1900 US Bank Bldg
201 S 13 St
Lincoln, NE  68508

The Real Estate Brokerage Co
11717 Burt St
Ste 102
Omaha, NE  68154

Tierone Bank
c/o Craig Knickrehm
11240 Davenport St
Omaha, NE  68154

Tim Brouillette
501 S Dewey St
PO Box 1605
North Platte, NE  69103-1605

Todd Burgess
2575 E Camelback Rd, Ste 1100
Phoenix, AZ  85016

Trev Peterson
3800 VerMaas Place
Ste 200
Lincoln, NE  68502
```

Union Bank & Trust
PO Box 82535
Lincoln, NE  68501-2535

Union Bank & Trust
PO Box 82535
Lincoln, NE  68501

United States Trustee
210 South 16th Street
Brandeis Building, Suite 560
Omaha, NE  68102

Wells Fargo Bank
1412 Hahn's Peak Drive
Loveland, CO  80538

Wells Fargo Bank
PO Box 4233
Portland, OR  97208-4233

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA  50306-0335

West Gate Bank
PO Box 82603
Lincoln, NE  68501-2603